UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re <u>Michael E. Brown</u>                    , )
    *[Set forth here all names including married, maiden, and trade* )
    *names used by debtor within last 8 years.]* )
                                             Debtor     )   Case No. 11-10842-1
                                                                       )
                                                                       )  Chapter  7
Employer's Tax Identification No(s). *[if any]* _____ )
Last four digits of Social Security No(s): <u>9658</u>          )

**For Debtor:**

_____ Payment advices are attached

_____ Payment advices ***are not*** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Payment advices ***are not*** attached because debtor:
    ___ receives disability payments
    ___ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    ✓ is self employed
    ___ other, please explain _____

    Schedule I, Line 1 Income    $0.00

    Occupation as listed on Schedule I <u>Securities Broker</u>

**For Joint Debtor, if applicable:**

_____ Payment advices are attached

_____ Payment advices ***are not*** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Payment advices ***are not*** attached because debtor:
    ___ receives disability payments
    ___ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    ___ is self employed
    ___ other, please explain _____

    Schedule I, Line 1 Income _____

    Occupation as listed on Schedule I _____

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of <u>0</u> sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: <u>S/ Michael E. Brown</u>          Date: <u>5/17/11</u>

Signature of Joint Debtor: : _____          Date: _____

O:§521C(03/02/2006)