May 17, 2011

To whom it may concern,

I am a self employed independent contractor.

Sincerely,

Michael E. Brown